

# Fourth Court of Appeals
## San Antonio, Texas

August 18, 2021

No. 04-21-00246-CV

**IN THE INTEREST OF R.R., A CHILD**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA00605
Honorable Peter Sakai, Judge Presiding

# O R D E R

This is an accelerated appeal from a final order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal was filed. *See* TEX. R. JUD. ADMIN. 6.2. Appellant has filed a second motion requesting an extension of time to file the appellant's brief. The motion is GRANTED. The appellant's brief is due on or before **August 23, 2021**.

**Given the time constraints governing the disposition of this appeal, no further requests for extensions of time will be granted absent extenuating circumstances.**

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of August, 2021.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court